IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Case No. 05-cv-01683-MSK-CBS

WENDY FLORES, and
RODNEY DEWALT, SR.,

    Plaintiffs,

v.

G.E. FINANCIAL,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

Pending before the court are two Motions to Compel filed by the Plaintiff on February 23, 2006 (*doc. nos. 22 and 23*). It is hereby

**ORDERED** that the instant motions are both **DENIED**, without prejudice, for failure to comply with D.C.COLOL.CIVR. 7.1A and this Court's individual practice rule regarding discovery disputes.

**DATED:**     February 27, 2006