IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01683-MSK-CBS

WENDY FLORES,
RODNEY DEWALT, SR., as next friend of minors CD and RD,

      Plaintiffs,

v.

G.E. FINANCIAL,

      Defendant.

## ORDER ADOPTING RECOMMENDATION

THIS MATTER comes before the Court on a Recommendation **(#36)** from the Magistrate Judge that all claims asserted by Rodney DeWalt, Sr. on behalf of his minor children, CD and RD, be dismissed because they cannot proceed *pro se* and because their father has requested such dismissal. No party has timely objected to the Recommendation, which is neither clearly erroneous nor contrary to law.

**IT IS THEREFORE ORDERED** that the Recommendation **(#36)** is **ADOPTED**. All claims asserted by Rodney DeWalt, Sr. on behalf of CD and RD are dismissed. The sole Plaintiff remaining in this action is Wendy Flores, and the caption shall be amended accordingly.

Dated this 30th day of May, 2006

                                            **BY THE COURT:**

                                            *[signature: Marcia S. Krieger]*

                                            Marcia S. Krieger
                                            United States District Judge