IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01683-MSK-CBS

WENDY FLORES,

    Plaintiff,

v.

G.E. FINANCIAL,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Joint Stipulated Motion for Dismissal With Prejudice (**#38**) filed June 22, 2006. The Court having reviewed the foregoing:

ORDERS that the above-captioned matter is dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. *The Clerk shall close this case.*

DATED this 22nd day of June, 2006.

        **BY THE COURT:**

        */s/ Marcia S. Krieger*
        _____
        Marcia S. Krieger
        United States District Judge